IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JAY DEPUTY, § | |
| § | No. 275, 2024 |
| Plaintiff Below, § | |
| Appellant, § | Court Below–Court of Chancery |
| § | of the State of Delaware |
| v. § | |
| § | C.A. No. 2022-0469 |
| FOX ROTHSCHILD LLP, ITS § | |
| NAMED ASSOCIATES AND § | |
| PARTNER(S) ET AL., § | |
| § | |
| Defendants Below, § | |
| Appellees. § | |

Submitted: October 18, 2024
Decided: October 31, 2024

### ORDER

On September 30, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. The appellant received the notice, as evidenced by the certified return receipt filed with the Court on October 7, 2024. A timely response to the notice to show cause was due on or before October 17, 2024. To date, the appellant has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this appeal is

DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice